838

In the Matter of the Claim of RAMIZ BERISHA, Appellant. COM-
MISSIONER OF LABOR, Respondent.

Submitted March 19, 2012; decided May 3, 2012

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

In the Matter of DAVID BURR, Appellant, v TIMOTHY B. HOWARD, Sheriff of Erie County, Respondent.

Submitted March 19, 2012; decided May 3, 2012

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

DOCK A. COPE, Appellant, v AATIF BARAKAAT et al., Defendants, and OLABANJI AWOSIKA et al., Respondents.

Submitted February 21, 2012; decided May 3, 2012

Motion, insofar as it seeks leave to appeal from that part of the Appellate Division order that affirmed the May 2010 Supreme Court order, denied; motion for leave to appeal otherwise dismissed upon the ground that the remaining portion of the Appellate Division order does not finally determine the action within the meaning of the Constitution.

JANE DOE, Respondent, v NORTH TONAWANDA CENTRAL SCHOOL DISTRICT, Appellant.

Submitted March 12, 2012; decided May 3, 2012

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.